**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph L. Archambeault,           )<br>                                                 )<br>     Plaintiff,                            )<br>                                                 )<br>vs.                                          )<br>                                                 )<br>JoAnne B. Barnhart, Commissioner )<br>of Social Security Administration,  )<br>                                                 )<br>     Defendant.                         )<br>_____) | NO. CV 06-00366-PHX-SMM<br><br>O R D E R |

The Court having considered the parties' stipulation to Summary Judgment Schedule (dkt. 12), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation to Summary Judgment Schedule. (Dkt. 12.)

**IT IS FURTHER ORDERED** that Plaintiff shall, on or before December 6, 2006, file with this Court a Motion for Summary Judgment, with all necessary memoranda. Defendant shall thereafter have the time set forth by local rule for a Response, and Plaintiff shall have the time set forth by local rule to file a Reply.

DATED this 27th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge