**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph L. Archambeault, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>JoAnne B. Barnhart, Commissioner )<br>of Social Security Administration, )<br> )<br> Defendant. )<br>_____ ) | NO. CV 06-00366-PHX-SMM<br><br>O R D E R |

Pending before the Court is the parties' Stipulated Summary Judgment Schedule. (Dkt. 14.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Summary Judgment Schedule. (Dkt. 14.)

**IT IS FURTHER ORDERED** that Plaintiff shall file a Motion for Summary Judgment with all necessary memoranda on or before February 6, 2007. Defendant shall thereafter have the time set forth by local rule for a Response, and Plaintiff shall be entitled to file a Reply.

DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge