**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph L. Archambeault,            )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>vs.                                              )<br>                                                  )<br>JoAnne B. Barnhart, Commissioner )<br>of Social Security Administration,   )<br>                                                  )<br>            Defendant.                   )<br>_____) | NO. CV 06-00366-PHX-SMM<br><br>O R D E R |

Pending before the Court is the parties' stipulation to Summary Judgment Schedule (dkt. 16). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation to Summary Judgment Schedule (dkt. 16).

**IT IS FURTHER ORDERED** that Plaintiff shall, on or before March 2, 2007, file with this Court a Motion for Summary Judgment, with all necessary memoranda. Defendant shall thereafter have the time set forth by local rule for a Response, and Plaintiff shall be entitled to file a Reply.

**IT IS FURTHER ORDERED** that <u>no further extensions shall be granted.</u>

DATED this 6th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge