**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph L. Archambeault, | No. CV 06-0366-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner, Social Security Administration, | |
| Defendant. | |

Having considered Defendant's unopposed Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment (First Request) (Doc. 19), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Enlargement of Time (Doc. 19). Defendant's response to Plaintiff's Motion for Summary Judgment shall be filed no later than May 4, 2007.

DATED this 2nd day of April, 2007.

Stephen M. McNamee
United States District Judge