WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph L. Archambeault,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner, Social Security Administration,<br><br>　　　　　Defendant. | No. CV 06-0366-PHX-SMM<br><br>**ORDER** |

    Having considered the parties' Unopposed Motion for an Extension of Time for Plaintiff to file a Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 26), and good cause appearing,

    **IT IS HEREBY ORDERED** that pursuant to the motion, Plaintiff shall file its Reply no later than May 29, 2007.

    DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge